UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARETH RUOS,<br>Plaintiff,<br>v.<br>CREDIT ONE BANK, N.A., et al.,<br>Defendants. | Case No. 1:26-cv-05476-JLT-FJS<br>ORDER DIRECTING CLERK OF COURT TO ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL OF DEFENDANT CREDIT ONE BANK, N.A. WITHOUT PREJUDICE<br>(ECF No. 9) |

On September 22, 2026, Plaintiff Sareth Ruos filed a notice of voluntary dismissal of Defendant Credit One Bank, N.A., only without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 9.)

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078. Under Rule 41(a)(1), a plaintiff

may dismiss fewer than all of the defendants. *Wilson*, 111 F.3d at 692.

In this action, Defendant Credit One Bank, N.A., has not filed an answer or other responsive pleading.

Accordingly, the clerk of the court is HEREBY ORDERED to terminate only Defendant Credit One Bank, N.A., on the docket. Defendant Experian Information Solutions, Inc. remains named.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE