UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARETH RUOS,<br>Plaintiff,<br>v.<br>CREDIT ONE BANK, N.A., et al.,<br>Defendants. | Case No. 1:26-cv-05476-JLT-FJS<br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br>(ECF No. 11) |

On September 30, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached between Plaintiff and Defendant Experian Information Solutions, Inc., and that dispositional documents will be filed no later than sixty (60) days from the date of this notice as to only Defendant Experian Information Solutions, Inc. (ECF No. 11.) The parties did not show good cause for filing dispositional documents sixty (60) days after this notice, as opposed to filing dispositional within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than October 21, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE